**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7179**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RODERICK LAMAR WILLIAMS, a/k/a Rox,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:03-cr-00004-KDB-DSC-8)

_____

Submitted:  February 27, 2024                    Decided:  March 1, 2024

_____

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Roderick Lamar Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Lamar Williams appeals the district court's order denying his motion to correct the record under Federal Rule of Criminal Procedure 36. We have reviewed the record and find no reversible error. *See United States v. Vanderhorst*, 927 F.3d 824, 826-27 (4th Cir. 2019) (stating standard). Accordingly, we affirm the district court's order. *United States v. Williams*, No. 5:03-cr-00004-KDB-DSC-8 (W.D.N.C. Nov. 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*